

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,934-07

### EX PARTE VICTOR WHITE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. D-38,105-B IN THE 358TH DISTRICT COURT FROM ECTOR COUNTY

*Per curiam*. KELLER, P.J., filed a dissenting in which YEARY, KEEL and SLAUGHTER, J.J., joined.

## O P I N I O N

Applicant was convicted via a three-count indictment of attempted capital murder (count I), attempted murder (count II), and aggravated assault (count III). He was sentenced to life imprisonment for count I, twenty years' imprisonment for count II, and twenty years' imprisonment for count III. The Eleventh Court of Appeals affirmed his convictions. *White v. State*, No. 11-13-00096–CR (Tex. App.—Eastland Mar. 26, 2015) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. ANN. ART. 11.07.

In this subsequent habeas application, Applicant contends that his trial was unfair and that trial counsel was ineffective. These claims are barred as subsequent. TEX. CODE CRIM. PROC. ANN.

ART. 11.07 § 4. Applicant also contends that his convictions for attempted murder (count II) and aggravated assault (count III) violate double jeopardy. This claim is not barred as subsequent. TEX. CODE CRIM. PROC. ANN. ART. 11.07 § 4; *Ex parte Milner*, 394 S.W.3d 502 (Tex. Crim. App. 2013).

Relief is granted. Counts II and III of the judgment in cause number D-38,105 in the 358th District Court of Ector County are set aside. Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: May 15, 2024

Publish